223 So.2d 410

**John Robert PASSMAN**

**v.**

**COMMERCIAL CREDIT PLAN OF HAMMOND, INC., et al.**

No. 49863.

June 13, 1969.

In re: John Robert Passman applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Feliciana. 220 So.2d 758.

The application is denied. According to the facts of this case, as found by the Court of Appeal, the judgment complained of is correct.

223 So.2d 410

**Billy Roy MORACE**

**v.**

**Josephine Louise MORACE.**

No. 49864.

June 13, 1969.

In re: Billy Roy Morace applying for certiorari, or writ of review, to the Court

of Appeal, First Circuit, Parish of East Baton Rouge. 220 So.2d 775.

Writ refused. The result is correct.

BARHAM, J., is of the opinion the application should be granted. The appellate court has "corseted" the child support obligation with property law principles.